**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

BRIAN K. DEFELICE,              )
                               )
        Plaintiff,             )
                               )
        v.                     )       Civil Action No. 06-472
                               )       Judge Hardiman
OFFICER JOSEPH POSCATKO,       )       Magistrate Judge Caiazza
et al.,                        )
                               )
        Defendants.            )

**MEMORANDUM ORDER**

The Plaintiff's complaint was received by the Clerk of Court

on April 10, 2006, and was referred to United States Magistrate

Judge Francis X. Caiazza for pretrial proceedings in accordance

with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3

and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on

November 27, 2006, recommended that the Plaintiff's complaint be

dismissed because of his failure to prosecute this action.

The parties were allowed ten days from the date of service to

file objections.  Service was made on the Plaintiff by First

Class United States Mail delivered to the State Correctional

Institution at Camp Hill, Camp Hill, Pennsylvania, where he is

incarcerated and on the Defendants.  No objections have been

filed.  After review of the pleadings and documents in the case,

together with the Report and Recommendation, the following order

is entered:

AND NOW, this 20th day of December, 2006

IT IS HEREBY ORDERED that the Plaintiff's complaint is dismissed because of his failure to prosecute this action.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 14), dated November 27, 2006, is adopted as the opinion of the court.

Thomas M. Hardiman
U.S. District Court Judge

cc:
Francis X. Caiazza
U.S. Magistrate Judge

Brain K. DeFelice GJ-3558
SCI Camp Hill
P. O. Box 200
Camp Hill, PA 17001-0200

All Parties of record.